DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| 001P16 | State v. Ronald Farrow | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA15-583) | 1. Denied |
| | | 2. Def's Petition for *Writ of Certiorari* To Review Order of Superior Court of New Hanover County | 2. Denied |
| 002P16 | Khalid Edward Cochran v. State of N.C. | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Denied **01/05/2016** |
| 003P16 | State v. Scott Matthew Spiron | 1. Def's *Pro Se* Motion for Notice of Appeal (COAP15-281) | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA | 2. Dismissed |
| 013P16 | Landover Homeowners Association, Inc. v. Thomas B. Sanders, Anna B. Sanders; Sanders Equipment Company, Inc.; and Sanders Development | 1. Defs' Motion for Temporary Stay (COA14-1337) | 1. Allowed **01/15/2016** |
| | | 2. Defs' Petition for *Writ of Supersedeas* | 2. |
| 016P16 | Maurice Antonio Burris v. Kelly J. Thomas, Commissioner of the North Carolina Division of Motor Vehicles | 1. Plt's Motion for Temporary Stay (COA15-312) | 1. Allowed **01/20/2016** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Plt's PDR | 3. |
| 024P16 | State v. Oakland McCulloch | 1. State's Motion for Temporary Stay | 1. Allowed **01/21/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 026P14-2 | William Thomas Fox and Scott Everett Sanders v. Mitchell Johnson, Timothy R. Bellamy, Gary W. Hastings, and Martha T. Kelly, in their individual capacities | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA15-206) | 1. Denied |
| | | 2. N.C. Association of Defense Attorneys' Conditional Motion for Leave to File Amicus Brief | 2. Dismissed as moot **Edmunds, J., recused** **Ervin, J., recused** |